UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # **6**

---------------------------------------------

*Morgan*

-v-

*FSA - Federal Student Aid*

U.S.C.A. # _____

U.S.D.C. # 08-cv-1180

JUDGE: KMW

DATE: FEBRUARY 26, 2008

*U.S. DISTRICT COURT FILED FEB 26 2008 S.D. OF N.Y.*

# INDEX TO THE RECORD ON APPEAL

| | |
|---|---|
| PREPARED BY (NAME): | THOMAS R. PISARCZYK |
| FIRM: | U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK |
| ADDRESS: | 500 PEARL STREET, ROOM 370 |
| | NEW YORK, NEW YORK 10007 |
| PHONE NO.: | (212) 805 - 0636 |

DISTRICT COURT DOCKET ENTRIES -------------------------------------------------

DOCUMENT DESCRIPTION                                               DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(**XXX**) Original Record                              (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the **26th** Day of **February**, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------  U.S.C.A. # _____

Morgan

-v-

U.S.D.C. # _08-cv-1180_

JUDGE: _KMW_

FSA - Federal Student Aid

DATE:     FEBRUARY 26, 2008

------------------------------------------------

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _1_ Through _5_, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 26th Day of February In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
   Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:08-cv-01180-KMW
### Internal Use Only

Morgan v. FSA-Federal Student Aid et al
Assigned to: Judge Kimba M. Wood
Cause: 28:1331 Federal Question: Bivens Act

Date Filed: 02/05/2008
Date Terminated: 02/05/2008
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Mary Ann Morgan.(laq) (Entered: 02/20/2008) |
| 02/05/2008 | 2 | COMPLAINT against ACT-Account Control Technology(Bakersfield, CA), ACT-Account Control Technology(West Roxbury, MA), Con Serve Confidential Services, Fams-Financial Assets Management Systems, Inc. (FMAS), Collections Technology Inc., West Asset Management, Inc., PCS Professional Credit Services Inc., The Westmorland Agency, FMS Inc., NCI-Nationwide Credit Inc., Federal Income Tax IRS-Internal Revenue Service, Experian, Trans Union, Equifax, Credit Acceptance Corporation, Nationwide Mutual Insurance Company(Cincinatti, OH), Nationwide Mutual Insurance Company(Cincinnati, OH), Nationwide Mutual Insurance Company(Grove City, OH), City of Parma, River City Bank, FSA-Federal Student Aid(Washington, D.C.), Direct Loans Servicing Center, United States Department of Education, National Payment Services Center, DCS Inc., FSA-Federal Student Aid(San Francisco, CA), Against all their different listings of their Contracting Collections Departments in United States Department of Education Offices, Aman, Inc. (receipt # 634802, filing fee $ 350.00) Document filed by Mary Ann Morgan.(laq) (Entered: 02/20/2008) |
| 02/05/2008 | | Magistrate Judge Theodore H. Katz is so designated. (laq) (Entered: 02/20/2008) |
| 02/05/2008 | 3 | ORDER OF DISMISSAL, The Court dismisses the complaint for the reasons set forth within. Accordingly, the complaint is dismissed as incomprehensible and for failure to state a claim upon which relief may be granted. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/5/08) (laq) (Entered: 02/20/2008) |
| 02/05/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/5/08) (laq) (Entered: 02/20/2008) |
| 02/20/2008 | 5 | NOTICE OF APPEAL from 3 Order Dismissing Complaint (I.F.P.), 4 Judgment - Sua Sponte (Complaint). Document filed by Mary Ann Morgan. Filing fee $ 455.00, receipt number E 642646. (tp) (Entered: 02/25/2008) |
| 02/25/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 02/25/2008) |
| 02/25/2008 | | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 02/25/2008) |