# MANDATE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/05

S.D.N.Y.–N.Y.C.
08-cv-1180
Wood, C.J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 22nd day of May, two thousand eight,

Present:
    Hon. José A. Cabranes,
    Hon. Robert A. Katzmann,
    Hon. Barrington D. Parker,
        *Circuit Judges.*

---

Mary Ann Morgan,

    *Plaintiff-Appellant,*

v.                                                                                  08-0923-cv

FSA - Federal Student Aid, *et al.*,

    *Defendants-Appellees.*

---

Appellant, *pro se*, moves for appointment of counsel and for "All Defendants be Prosecuted and Charged With All State Laws Now in Effect Throughout the United States." Upon due consideration, it is hereby ORDERED that the motions are DENIED and the appeal is DISMISSED because it lacks an arguable basis in fact or law. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: _[signature]_

A TRUE COPY    MAY 22 2008
Catherine O'Hagan Wolfe, Clerk
by _[signature]_
DEPUTY CLERK

ISSUED AS MANDATE: JUL 16 2008